# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| TERRA H., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket no. 2:21-cv-00301-GZS |
| | ) | |
| KILOLO KIJAKAZI, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On September 13, 2022, the United States Magistrate Judge filed with the Court her Recommended Decision (ECF No. 23). No objections have been filed. Thus, this Recommended Decision is hereby **ADOPTED**.

It is therefore **ORDERED** that the Commissioner's decision is hereby **AFFIRMED**.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 3rd day of October, 2022.